

same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.

Appellee should compute the due date for filing its brief from the date of filing of this order.

**Avery J. PARSONS, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7165.**

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion for remand,

IT IS ORDERED THAT:

The motion is granted and the case is remanded to the United States Court of Appeals for Veterans Claims for proceedings consistent with the decision in *Miley v. Principi*, 242 F.3d 1050 (Fed.Cir.2001).

**Robert J. CASTELLINI, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 00–7159.**

United States Court of Appeals, Federal Circuit.

May 23, 2001.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion for remand,

IT IS ORDERED THAT:

The motion is granted and the case is remanded to the United States Court of Appeals for Veterans Claims for proceedings consistent with the decision in *Miley v. Principi*, 242 F.3d 1050 (Fed.Cir.2001).

**Warren HOLLINGER, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 01–5069.**

United States Court of Appeals, Federal Circuit.

May 25, 2001.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule